# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Bankruptcy No. 07-30818 |
| | Chapter 7 |
| Debra Boaz, | |
| Debtor. | |
| _____/ | Adversary No. 07-7043 |
| Debra Boaz, | |
| Plaintiff, | |
| vs. | |
| ISM Education Loans and Student Loan Finance Corporation, | |
| Defendants. | |
| _____/ | |

## MEMORANDUM AND ORDER

Before the Court is the motion of Educational Credit Management Corporation (ECMC) filed January 25, 2008, pursuant to Federal Rule of Bankruptcy Procedure 7024 and Federal Rule of Civil Procedure 24, to intervene as a defendant in the present case. ECMC states that it is the holder of $236,423.33 in student-loan debt of Plaintiff/Debtor Debra Boaz and that its interests are not currently being represented. No objections have been filed opposing ECMC's motion.

Accordingly, the Motion to Intervene of Educational Credit Management Corporation is GRANTED.

**SO ORDERED.**

Dated this 12th day of February, 2008.

**WILLIAM A. HILL, JUDGE**
**U.S. BANKRUPTCY COURT**